UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHRISTOPHER JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>ROGER GOODELL, MARK DAVIS, THE LAS VEGAS RAIDERS, STEVE HILL, THE LAS VEGAS AUTHORITY,<br><br>Defendants. | Case No. 2:25-cv-01906-JAD-EJY<br><br>**ORDER** |

The Court is in receipt of this matter newly transferred in from the Southern District of New York. A review of the docket demonstrates Plaintiff has neither paid the necessary filing fee nor filed an application to proceed *in forma pauperis*, one of which is required to commence a civil action in the U.S District Court for the District of Nevada.

Accordingly, IT IS HEREBY ORDERED that Plaintiff must, **no later than November 10, 2025**, either pay the $405 filing fee to commence a civil action or file a complete *in forma pauperis* application that will excuse this payment.

IT IS FURTHER ORDERED that the Clerk of Court is to send Plaintiff the form Application to Proceed *in forma pauperis* for a non-prisoner together with the instructions for completing the same.

IT IS FURTHE ORDERED that failure to timely comply with this Order may result in a recommendation to dismiss this action in its entirety.

Dated this 8th day of October, 2025.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE