# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Christopher Johnson,

    Plaintiff

v.

Roger Goodell, et al.,

    Defendants

Case No.: 2:25-cv-01906-JAD-EJY

**Order Denying as Moot Emergency Motion for Temporary Restraining Order**

[ECF No. 9]

    Pro se plaintiff Christopher Johnson sues Roger Goodell, Mark Davis, Steve Hill, and the Las Vegas Authority for copyright infringement, fraud, and related torts because they allegedly stole his idea to host an "HBCU Classic" football game at the Allegiant Stadium in Las Vegas, Nevada.[1] On October 14, 2025, Johnson mailed the court an emergency motion for a temporary restraining order to "stop all operations, ticket sales[,]" and the HBCU Classic game itself, which was held on October 25, 2025.[2] But the court didn't receive Johnson's motion under October 27, 2025,[3] after the game had already happened. The court cannot enjoin an event that has already taken place. Accordingly,

    IT IS ORDERED that Christopher Johnson's injunctive-relief motion **[ECF No. 9] is DENIED as moot**.

                                                            _____
                                                       U.S. District Judge Jennifer A. Dorsey
                                                                      October 31, 2025

---

[1] ECF No. 1.

[2] ECF No. 9 at 1.

[3] *See id.* at 1 (clerk's stamp marking receipt on October 27, 2025).